UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-22603-CIV-MORENO**

SHERRY MOSLEY,

      Plaintiff,

vs.

CARNIVAL CORP., a foreign corporation,
d/b/a CARNIVAL CRUISE LINES,

      Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS CAUSE came before the Court upon Verified Motion for Leave to File First Amended Complaint **(D.E. 12)**, filed on **October 9, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Plaintiff shall have until **October 16, 2019** to seperately file the amended complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th of October 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record